### 25622.  McKay *v.* The State.

Broyles, C. J.  The evidence amply authorized the defendant's conviction of the offense of robbery.  None of the special grounds of the motion for new trial shows cause for a reversal of the judgment.

*Judgment affirmed.  MacIntyre and Guerry, JJ., concur.*

Decided May 26, 1936.  Rehearing denied July 9, 1936.

*Willis Smith,* for plaintiff in error.
*Hal C. Hutchens, solicitor-general,* contra.

### 25631.  Webb *v.* The State.

Broyles, C. J.  The defendant was jointly indicted and tried with the defendant in the case of *McKay* v. *State,* ante     , this day decided, and this case is controlled by that decision.

*Judgment affirmed.  MacIntyre and Guerry, JJ., concur.*

Decided May 26, 1936.  Rehearing denied July 9, 1936.

*Willis Smith,* for plaintiff in error.
*Hal C. Hutchens, solicitor-general,* contra.